ELLA F. DURGIN, on Behalf of Herself and All Other Stockholders of WICKWIRE SPENCER STEEL CORPORATION, and Others, Respondents, v. WICKWIRE SPENCER STEEL CORPORATION and Others, Appellants, Impleaded with Others, Defendants. — Order denying motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

SAMUEL FELDMAN, Respondent, v. AL JACOBS, Also Known as ABRAHAM JACOBS, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

PAUL A. FERRAND, as Administrator, etc., of LOUISE ELIZABETH FERRAND, Deceased, Respondent, v. RICHMOND LIGHT AND RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

MATHILDA GEARY, Appellant, v. LOUIS NEUVIRTH, Respondent, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of JOHN A. BISCHOFF, Appellant, for a Certiorari Order against THE BOARD OF APPEALS OF THE CITY OF NEW YORK, Respondent.— Order denying petitioner's motion for an order sustaining an order of certiorari affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

BERTHA KARMAN, an Infant, by SAMUEL KARMAN, Her Guardian ad Litem, Respondent, v. MORRIS HUSID and Another, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

FRED KATTERSCHINSKY, JR., an Infant, by CHARLES ENDRES, His Guardian ad Litem, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. The doctrine of *respondeat superior* does not apply to the board of education in the discharge of its governmental functions. (*Herman* v. *Board of Education,* 234 N. Y. 196; *Johnson* v. *Board of Education,* 210 App. Div. 723.) The charge here is not that the board of education, as such, was negligent, but that the negligent act was that of the teachers in charge of the athletic exercises that were being conducted in the court yard of the school. We do not, however, intimate that there was negligence on the part of the teachers in charge. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

DAVID KRONE, Respondent, v. AMERICAN HOME BUILDERS, INC., Defendant, Impleaded with SAMUEL G. COHN and Another, Appellants.— Order granting plaintiff's motion for bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

MARJORIE D. LAIRD, Respondent, v. EUGENE B. LAIRD, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

NATHAN LEVINE, Respondent, v. GIOVANNA VACCARO, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.